**FILED**

**MAY 1 7 2016**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 16-30061-DRH |
| | ) | |
| vs. | ) | Title 18, United States Code, |
| | ) | Sections 2251 (a) and (e) and |
| STEVEN ANTHONY YON, | ) | 2252A(a)(2)(B) & (b) |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### THE GRAND JURY CHARGES:
### COUNT 1

#### PRODUCTION OF CHILD PORNOGRAPHY

On or about August 20, 2014, in Madison County, Illinois, within the Southern District of

Illinois,

### STEVEN ANTHONY YON,

defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor,

herein identified as Minor Victim, to engage in sexually explicit conduct, and did attempt to do

so, for the purpose of producing visual depictions of such conduct, including but not limited to

the following: image file 03ccf222-c9e2-4981-a7a9-f1bc61617f7b_1.jpg which depicts Minor

Victim nude in a lascivious display of the minor's genitals, and which visual depictions were

produced using materials that had been mailed, shipped, and transported in interstate or foreign

commerce, all in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 2

### RECEIPT OF CHILD PORNOGRAPHY

On or about August 24, 2014, in Madison County, Illinois, within the Southern District of Illinois,

### STEVEN ANTHONY YON,

defendant herein, did knowingly receive visual depictions containing child pornography, as defined in Title 18 United States Code, Section 2256(8)(A), including, but not limited to, the following: image file d735ce30-e4b0-429f-9218-ba18a6151ef_36510.jpg, which depicts an adult male vaginally penetrating a prepubescent female minor, that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2252A(a)(2)(B) & (b).

**A TRUE BILL**

ALI SUMMERS
Assistant United States Attorney

JAMES L. PORTER
Acting United States Attorney

2